IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JOHN DOE I and JANE DOE I, b/n/f JACQUELINE McCLINTOCK BOYLE AND JOE BOYLE, and on behalf of other students similarly situated; <br><br> PROPOSED CLASS, PLAINTIFFS <br><br> v. <br> ALLEN INDEPENDENT SCHOOL DISTRICT, MS. AMY GNADT, President; MS. KELLEY ROWLEY, Vice-President; MR. DAVID NOLL, Secretary and Board Members MR. KEVIN CAMERON, MS. SARAH MITCHEL and MR. VATSA RAMANTHAN; IN THEIR OFFICIAL CAPACITIES, <br><br> DEFENDANTS. | § § § § § § § § § § § § § § § § § § § § § | Civil Action No. <u>4:21-cv-00697-SDJ</u> <br><br> CLASS ACTION COMPLAINT |

**PLAINTIFFS' STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)**

COMES NOW Plaintiffs John Doe I and Jane Doe I by and through their parents as next friends, and on behalf of the "PROPOSED CLASS, (collectively "PLAINTIFFS" herein) in the above noted and styled matter and files this, their *Plaintiffs' Unopposed Motion for Dismissal Pursuant To Rule 41(a)(1)(A)(ii)*.

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties sign this "Stipulation of Dismissal".

## PRAYER

**WHEREFORE, PREMISES CONSIDERED**, the parties in this matter hereby file this Stipulation of Dismissal.

| | |
|---|---|
| /s/ Martin J. Cirkiel | /s/ Lucas Henry |
| **Martin J. Cirkiel, Esq.** | **Lucas Henry** |
| **Cirkiel Law Group, P.C.** | ABERNATHY, ROEDER, BOYD & |
| Formerly Cirkiel and Associates, P.C. | HULLETT, P.C. |
| Texas Bar No. 00783829 | State Bar No. 24101901 |
| 1901 E. Palm Valley Blvd. | 1700 Redbud Blvd., Suite 300 |
| Round Rock, Texas 78664 | McKinney, Texas 75070 |
| (512) 244-6658 [Telephone] | (214) 544-4000 [Telephone] |
| (512) 244-6014 [Facsimile] | (214) 544-4040 [Facsimile] |
| Marty@cirkielaw.com | lhenry@abernathy-law.com |
| **ATTORNEY FOR PLAINTIFFS** | **ATTORNEY FOR DEFENDANTS** |

/s/ Charles J. Crawford

**Charles J. Crawford**
ABERNATHY, ROEDER, BOYD &
HULLETT, P.C.
State Bar No. 24101901
1700 Redbud Blvd., Suite 300
McKinney, Texas 75070
(214) 544-4000 [Telephone]
(214) 544-4040 [Facsimile]
ccrawford@abernathy-law.com
**ATTORNEY FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I certify that on October 7, 2021 a true and correct copy of the foregoing document was served via the court's CM/ECF System to all counsel of record

*/s/Martin J. Cirkiel*
Martin J. Cirkiel